IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARIA SERRANO | CIVIL ACTION NO. 4:07-cv-01639 |
| *Plaintiff,* | |
| v. | |
| INTERLINGUAL OF AMERICA, INC., | |
| *Defendant.* | |

**FINAL JUDGMENT**

Interlingual of America, Inc. must pay $90,000 to Plaintiffs Maria Serrano, Andrea Durante, and Inaudys Castillo.

This is a final judgment.

SIGNED and ENTERED the 15th day of August, 2008.

_____
Nancy F. Atlas
United States District Judge